1026

No. 492.   McFADDIN EXPRESS, INC., ET AL. *v.* ADLEY
CORP. ET AL.   C. A. 2d Cir.   Certiorari denied.   *Tobias Weiss* for petitioners.   *Joseph P. Cooney* for Adley Corp. et al., and *Solicitor General Marshall* for the United States, respondents.

No. 659.   ROSS *v.* STANLEY ET AL.   C. A. 5th Cir. Certiorari denied.   MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.   *William E. Haudek* for petitioner.   *M. W. Wells* for Stanley et al.; *David W. Hedrick* for Midwestern Constructors, Inc., et al.; *John Bingham* for Harbert Construction Corp.; and *Robert F. Campbell* and *R. Y. Patterson, Jr.,* for Florida Gas Co. et al., respondents.

No. 816.   GOVERNMENT EMPLOYEES INSURANCE Co.
*v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied. *Lowell White* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States.

No. 827.   UNITED STATES FIDELITY & GUARANTY Co.
*v.* WINKLER ET AL.   C. A. 8th Cir.   Certiorari denied. *Roy F. Carter* for petitioner.   *Charles L. Bacon* and *Vincent E. Baker* for respondents.

No. 833.   HOUSTON CHAPTER, ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 5th Cir.   Certiorari denied.   *L. G. Clinton, Jr.,* and *Tom M. Davis* for petitioners.   *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.